UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

KYLE CAMPBELL, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

NORTHFIELD HOLDING CORP. d/b/a FLORIDA WINDOW AND DOOR,

   *Defendant.*

_____

CLASS ACTION

Case No. 1:22-cv-22834-JEM

JURY TRIAL DEMANDED

## NOTICE OF SETTLEMENT

Plaintiff Kyle Campbell notifies the Court that the parties have resolved this matter on an individual, non-class basis. The parties are now in the process of finalizing the terms of the settlement and memorializing the same. Plaintiff accordingly requests that the Court vacate all pending deadlines and allow the parties thirty (30) days to file a stipulation of dismissal with prejudice.

Respectfully submitted this 22nd day of December 2022.

SHAMIS & GENTILE, P.A.

*/s/ Garrett Berg*
Garrett O. Berg
**Shamis & Gentile, P.A.**
Florida Bar No. 1000427
14 NE 1st Ave, Ste. 705
Miami, FL 33132
305-479-2299
Email: gberg@shamisgentile.com

Scott Adam Edelsberg

Edelsberg Law PA
20900 NE 30th Ave
Aventura, FL 33180
305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, I filed a copy of the foregoing with the Clerk of Court via the Court's electronic filing system, which will send notice of electronic filing to all counsel of record.

*/s/ Andrew J. Shamis*
Florida Bar No. 101754
Email: efilings@shamisgentile.com
Telephone: 305-479-2299
Facsimile:  786-623-0915

*Counsel for Plaintiff and the Class*