UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22834-CIV-MARTINEZ

KYLE CAMPBELL, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

NORTHFIELD HOLDING CORP. d/b/a
FLORIDA WINDOW AND DOOR,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL ON JOINT STIPULATION

THIS CAUSE came before the Court upon the Parties' Joint Stipulation for Dismissal (the "Joint Stipulation"), (ECF No. 17). This Court has reviewed the Joint Stipulation, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE** as to Plaintiff Kyle Campbell.

2. This action is **DISMISSED WITHOUT PREJUDICE** as to all other members of the Proposed Class, (Compl. ¶¶ 38–39, ECF No. 1).

3. The Clerk is **DIRECTED** to **DENY** all pending motions as **MOOT** and close this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of January, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record